UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

LAVON CRAYTON                                                                               PLAINTIFF(S)

VS                                                                            CIVIL ACTION NO. 3:09CV-518-H

STATE AUTO PROPERTY & CASUALTY INSURANCE CO.               DEFENDANT(S)


ORDER FOR MEETING & REPORT

For your convenience you will find attached a Litigation Plan and Discovery Schedule Outline. To fulfill your obligations under Rule 26, you must complete the enclosed Agreed Litigation Plan and Discovery Schedule Outline and return it to the Court by **SEPTEMBER 15, 2009.**

If you have disagreements about the proposed schedule or if any party desires a scheduling conference for any reason, please indicate this on the outline. The Court will schedule a conference.

Date: July 31, 2009

ENTERED BY ORDER OF THE COURT:

JOHN G. HEYBURN II, JUDGE
UNITED STATES DISTRICT COURT
JEFFREY A. APPERSON, CLERK

By: */s/: Andrea Kash*, Deputy Clerk


COPIES TO COUNSEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**LAVON CRAYTON**                                                                            **PLAINTIFF(S)**

**VS**                                           **CIVIL ACTION NO. 3:09CV-518-H**

**STATE AUTO PROPERTY & CASUALTY INSURANCE CO.**       **DEFENDANT(S)**

**AGREED
LITIGATION PLAN AND DISCOVERY SCHEDULE OUTLINE**

The parties have conferred and agree as follows:

**BRIEFLY DESCRIBE CLAIMS:** _____
_____
_____
_____
_____
_____

**THE PARTIES BELIEVE THAT A SCHEDULING CONFERENCE WOULD BE HELPFUL NOW IN THIS CASE:**      Yes_____No_____
    **IF YES, for what reason for the conference:**_____
_____

**PRE-DISCOVERY DISCLOSURES**(Fed.R.Civ.P.26(a)(l)by: _____
 This disclosure includes any document or item which may be an exhibit at trial, except those which are created for use at trial.

**PRELIMINARY DISCOVERY** on the issues of _____

_____shall be completed by: _____

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:**

**IDENTIFY EXPERTS AND COMPLIANCE** with Fed.R.Civ.P. 26(a)(2):

from Plaintiff(s) by:_____

from Defendant(s) by: _____

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS** shall

be due by:  _____

**OTHER MISCELLANEOUS MATTERS:** (any further additions)

**ALL DISCOVERY** shall be completed by: _____

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN:** _____

**DISPOSITIVE MOTIONS** shall be filed by: _____

**THE PARTIES WOULD LIKE A
SETTLEMENT CONFERENCE: Month/Year**_____

**PRE-TRIAL CONFERENCE:** Month/Year_____

The parties categorized this case as:

    Complex _____(Ready for trial within 2 years)

    Simple _____(Ready for trial in less than one year)

    Other  _____(Explain)_____

    _____

**THIS CASE SHOULD BE READY FOR TRIAL** by: _____

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**

Yes_____    No_____

**ANTICIPATED LENGTH OF TRIAL**    _____(days)

**JURY TRIAL REQUEST:**    Yes_____    No_____

AGREED TO BY:

_____        _____
Counsel for Plaintiff(s)                Counsel for Defendant(s)

_____        _____
Counsel for Plaintiff(s)                Counsel for Defendant(s)

Date: _____